QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Jaime Aguilar-Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0329 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER** |
| JAIME AGUILAR-HERNANDEZ, | ) | |
| | ) | C/EJG |
| Defendants. | ) | |
| _____ | ) | |

     Plaintiff United States, by its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Jaime Aguilar-Hernandez, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for September 23, 2005 should be continued to Friday, October 7, 2005 at 10:00 a.m. and that time should be excluded through that date under

/ / / / /

/ / / / /

/ / / / /

1

Local Code T-4. The government is in the process of providing discovery to the defendant.

          Respectfully submitted,

          MCGREGOR SCOTT
          United States Attorney

DATED: September 20, 2005   /s/ Quin Denvir
          Telephonically authorized to sign for
          MICHAEL M. BECKWITH
          Assistant U. S. Attorney

          Attorneys for Plaintiff

DATED: September 20, 2005   /s/ Quin Denvir
          QUIN DENVIR
          Federal Defender

          Attorney for Defendant
          Jaime Aguilar-Hernandez

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: _September 20, 2005   /S/ Edward J. Garcia
          EDWARD J. GARCIA
          Senior United States District Judge

U.S. v. de la Herran Meza, et al.
Stipulation/Proposed Order
CR S-05-0189 LKK   2