QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Jaime Aguilar-Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0329 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER** |
| JAIME AGUILAR-HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Plaintiff United States, by its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Jaime Aguilar-Hernandez, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for October 7, 2005 should be continued to Friday, November 4, 2005 at 10:00 a.m. and that time should be excluded through that date under

/ / / / /

/ / / / /

/ / / / /

1

Local Code T-4.  The government is in the process of preparing transcripts of the videotaped statements of the two alleged victims and the defendant.  The government is also preparing additional discovery.

```
                              Respectfully submitted,

                              MCGREGOR SCOTT
                              United States Attorney


DATED: October 4, 2005        /s/ Quin Denvir
                              Telephonically authorized to sign for
                              MICHAEL M. BECKWITH
                              Assistant U. S. Attorney

                              Attorneys for Plaintiff



DATED: October 4, 2005        /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender

                              Attorney for Defendant
                              Jaime Aguilar-Hernandez
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

```
DATED: October 5, 2005        /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              Senior United States District Judge
```