DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Jaime Aguilar-Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR S-05-0329 EJG |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.                            ) | **STIPULATION AND** |
| ) | **ORDER** |
| ) | |
| JAIME AGUILAR-HERNANDEZ,              ) | Date: March 24, 2006 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Hon. Edward J. Garcia |
| ) | ) |
| Defendant.     ) | |
| _____) | |

      Plaintiff United States, by its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Jaime Aguilar-Hernandez, by his counsel, Assistant Federal Defender Caro Marks, hereby stipulate and agree that the status conference currently calendared for February 17, 2006 should be continued to Friday, March 24, 2006 at 10:00 a.m. and that time should be excluded through that date under U.S.C. §3161(h)(8)(A), and Local Rule T-4.

  Defense counsel recently inherited this case from former Federal Defender Quin Denvir, and is still reviewing the videotaped statements

1

of the two alleged victims and the defendant.

The parties further stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4.

Dated: February 16, 2006

                                Respectfully submitted,

                                DANIEL BRODERICK
                                Acting Federal Defender

                                /s/ Caro Marks
                                _____
                                CARO MARKS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAMIE AGUILAR-HERNANDEZ

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Michael Beckwith

Dated: February 16, 2006
                                _____
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 16, 2006

                                /s/ Edward J. Garcia
                                HONORABLE EDWARD J. GARCIA
                                Senior U.S. District Judge