DANIEL BRODERICK, Bar No. 89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Jaime Aguilar-Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAIME AGUILAR-HERNANDEZ,<br><br>　　　　　Defendant. | CR S-05-0329 EJG<br><br>**STIPULATION AND ORDER**<br><br>Date:　September 8, 2006<br>Time:　10:00 A.M.<br>Judge: Hon. Edward J. Garcia |

　　　　Plaintiff United States, by its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Jaime Aguilar-Hernandez, by his counsel, Assistant Federal Defender Caro Marks, hereby stipulate and agree that the status conference currently calendared for August 18, 2006 should be continued to Friday, September 8, 2006 at 10:00 a.m. and that time should be excluded through that date under U.S.C. §3161(h)(8)(A), and Local Rule T-4.

　　　First, defense counsel has conducted extensive investigation to date (interviews of victim-witnesses residing in southern California) and needs additional time to interview victim-witnesses and percipient witnesses in the state of Georgia.

1

Second, the government has proposed a possible settlement of the case, and both parties request additional time to explore resolution.

In any event, defense counsel needs to locate and interview the Georgia witnesses.

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4, from the date of the signing of this order up to and including September 8, 2006, and move the Court to make such a finding.

Dated: August 16, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks

CARO MARKS
Assistant Federal Defender
Attorney for Defendant
JAMIE AGUILAR-HERNANDEZ

Dated: August 16, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Michael Beckwith

MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:  August 17, 2006

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
Senior U.S. District Judge

U.S. v. Aguilar-Hernandez
Stipulation/Proposed Order
CR S-05-0329 EJG                    2