DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIME AGUILAR-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0329-EJG |
| Plaintiff, | |
| v. | **AMENDED** STIPULATION AND ORDER |
| JAIME AGUILAR-HERNANDEZ, | Date: September 8, 2006 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

Plaintiff United States, by its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Jaime Aguilar-Hernandez, by his counsel, Assistant Federal Defender Caro Marks, hereby stipulate and agree that the status conference currently calendared for August 18, 2006 should be continued to September 8, 2006 at 10:00 a.m. and that time should be excluded through that date under U.S.C. §3161(h)(8)(A), and Local Rule T-4.

First, defense counsel has conducted extensive investigation to date (interviews of victim-witnesses residing in southern California) and needs additional time to interview victim-witnesses and percipient

witnesses in the state of Georgia.

Second, the government has proposed a possible settlement of the case, and both parties request additional time to explore resolution.

In any event, defense counsel needs to locate and interview the Georgia witnesses.

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4, from the date of the signing of this order up to and including September 8, 2006, and move the Court to make such a finding.

Dated: August 23, 2006

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Senior Litigator
                                    Attorney for Defendant
                                    JAMIE AGUILAR-HERNANDEZ


Dated: August 23, 2006              MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Michael Beckwith
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:_August 23, 2006_____
                                    /s/ Edward J. Garcia
_____      _____
                                    HONORABLE EDWARD J. GARCIA
                                    Senior U.S. District Judge

Stipulation & Order                 -2-