UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED
JAN 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

          **RE:**   **Jaime AGUILAR-HERNANDEZ**
                **Docket Number: 2:05CR00329-01**
                <u>**CONTINUANCE OF JUDGMENT**</u>
                <u>**AND SENTENCING**</u>

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 9, 2007, to February 23, 2007, at 10 a.m. (See attached correct amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** More time is needed to complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                Respectfully submitted,

                */s/ Scott W. Storey*
                **SCOTT W. STOREY**
                United States Probation Officer

**REVIEWED BY:**   */s/ Karen A. Meusling*
                **KAREN A. MEUSLING**
                **Supervising United States Probation Officer**

Dated:     January 3, 2007
            Sacramento, California

Attachment

**RE:   Jaime AGUILAR-HERNANDEZ**
 **Docket Number:   2:05CR00329-01**
 **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
 United States Attorney's Office
 United States Marshal's Office
 Federal Defender (If defense counsel is court-appointed)
 Probation Office Calendar clerk

✓ **Approved**

_____   1/4/07
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

___ **Disapproved**