```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )  CR. S-05-329 EJG
12           Plaintiff,         )
                                )  STIPULATION AND ORDER
13                              )  CONTINUING SENTENCING
        v.                      )       *As Amended*
14                              )
    JAIME AGUILAR-HERNANDEZ,    )
15                              )
             Defendants.        )  Hon. Edward J. Garcia
16  _____)
17
18       The parties request that the sentencing hearing currently
19  set for February 23, 2007, be continued to March 9, 2007.  The
20  probation office has requested two more weeks to finish its pre-
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                 1
```

sentence investigation and report.  The parties do not object to the proposed continuance.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  January 26, 2007       By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

Dated:  January 26, 2007       By:/s/ Caro E. Marks
                                        CARO E. MARKS
                                        Attorney for defendant

## **ORDER**

The sentencing hearing in case number CR. S-05-329 EJG, currently set for February 23, 2007, is continued to March 9, 2007.

IT IS SO ORDERED.

Dated:  January 26, 2007         /s/ Edward J.Garcia
                                        _____
                                        EDWARD J. GARCIA
                                        United States District Judge