UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FEB - 5 2007



Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Jaime AGUILAR-HERNANDEZ
Docket Number: 2:05CR00329-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from March 9, 2007, to March 16, 2007, at 10 a.m. (See attached correct amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The government has provided additional information that could affect guideline calculations that this officer needs time to review.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

SCOTT W. STOREY
United States Probation Officer

REVIEWED BY:  KAREN A. MEUSLING
**Supervising United States Probation Officer**

Dated: February 2, 2007
Sacramento, California

1

Rev. 05/2006
CONTINUANCE - TO JUDGE (EJG).MRG

**RE:   Jaime AGUILAR-HERNANDEZ**
**Docket Number:   2:05CR00329-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____   2/2/07
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

___ **Disapproved**