[ ]     Count(s) ___ (is)(are) dismissed on the motion of the United States.